**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6751**

LARRY BLAKNEY,

　　　　　Petitioner - Appellant,

　　v.

UNITED STATES OF AMERICA,

　　　　　Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:21-hc-02231-FL)

Submitted:  September 22, 2022                    Decided:  September 27, 2022

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Blakney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Blakney, a federal inmate against whom an 18 U.S.C. § 4246 civil commitment proceeding is pending, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 petition for failure to exhaust available remedies. We have reviewed the record and find no reversible error. Blakney has not exhausted available remedies through the commitment proceeding that is being held before another judge in the district court. Accordingly, we deny Blakney's motion for release and a finding of unrestorability and objecting to the Government's motion for an additional period of time for his commitment and affirm for the reasons stated by the district court. *Blakney v. United States*, No. 5:21-hc-02231-FL (E.D.N.C. May 31, 2022).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*